# Court of Appeals
# of the State of Georgia

ATLANTA,  September 06, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0190.  STEPHEN M. CROOK v. THE STATE.**

We granted Stephen M. Crook's application for discretionary appeal from the trial court's order denying his motion to modify his sentence.  See Case No. A17D0158.  Our order, which was entered on November 22, 2016, informed Crook that he had ten days to file a notice of appeal in the trial court.  See OCGA § 5-6-35 (g) ("Within ten days after an order is issued granting the appeal, the applicant, to secure a review of the issues, shall file a notice of appeal as provided by law."); see also *Riley v. State*, 280 Ga. 267 (626 SE2d 116) (2006).  The tenth day after entry of our order granting Crook's application fell on Friday, December 2, 2016.  Crook, however, did not file his notice of appeal until Monday, December 5, 2016.  The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Because Crook's notice of appeal was not timely filed, this appeal is hereby DISMISSED for lack of jurisdiction.  See *Riley*, supra.



Court of Appeals of the State of Georgia
 Atlanta,  09/06/2017
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*